1
Allan D. NewDelman, Esq, (004066)
2
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
3
Phoenix, Arizona 85012
Telephone: (602) 264-4550
4
Facsimile: (602) 277-0144
5
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor
6
7
UNITED STATES BANKRUPTCY COURT
8
DISTRICT OF ARIZONA
9
10
In re                                    ) In Proceeding Under
                                         ) Chapter 11
11
20th Street, LLC                          )
                                         ) Case No. 09-20079 RTB
12                                        )
                    Debtor.               )
13 _____) Adv. No. 10-00083 RTB
                                         )
14
20th Street, LLC                          )
15                  Plaintiff.            )
                                         ) COMPLAINT TO DETERMINE THE
                                         ) VALIDITY, PRIORITY OR EXTENT
16 v.                                     ) OF A LIEN OR OTHER INTEREST
                                         ) IN PROPERTY
17
Merchants Mortgage & Trust Corporation   )
18 and/or its Assignee                    ) (Re: 6569 East Haven Avenue,
and/or its successors                    ) Florence, AZ 85232)
19                                        )
                    Defendant.            )
20 _____)
21
        NOW COMES the Plaintiff, 20th Street, LLC, by and through counsel, to hereby state for
22
its Complaint as follows:
23
24                                        1.
25
        This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; 11 U.S.C. §
26
506(a), 11 U.S.C. § 1123(b)(5) and Rule 7001 et seq. Rules of Bankruptcy Procedure  This is a
27
core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), 157(b)(2)(B) and 157(b)(2)(K).
28

2.

Plaintiff operates its business in Maricopa County, Arizona and is the Debtor in the above captioned Chapter Eleven proceeding.

3.

Defendant, Merchants Mortgage & Trust Corporation, upon information and belief, is licensed to do, write and make residential mortgage loans in the state of Arizona.

4.

Plaintiff filed a voluntary Chapter11 petition on August 20, 2009 in the District of Arizona, Case No. 09-20079 RTB.

5.

Plaintiff, at the time of the filing of its case, was the owner of certain real property located at 6569 East Haven, Florence Avenue, AZ the ("Property") with a legal description as follows;

Lot 145, of The Oasis at Magic-Unit 1, According to the Plat of Record in the Office of the County Recorder of Pinal County. Arizona, Recorded in Cabinet D, Slide 52 and commonly known as 6569 East Haven Avenue, Florence, AZ 85232

The Property is not the Debtor's principal place of business but investment property that is tenant occupied.

6.

The Plaintiff believes that the Property is worth $65,000.00 based on an appraisal dated July 18, 2009. A copy of the appraisal is attached hereto as Exhibit "A".

7.

The Property is subject to a first mortgage lien in favor of the Defendant. The Defendant has not filed a proof of claim, but the amount owed to the Defendant as of September 30, 2009

is believed to be $83,000.00.

8.

Plaintiff asserts that the value of the Defendant's lien should be fixed at the value of the Property and to the extent that the amount owed to the Defendant is greater than the value of the Property, that amount is unsecured and shall be treated as unsecured in any Chapter 11 Plan of Reorganization.

**WHEREFORE**, Plaintiff prays that this Honorable Court find in favor of the Plaintiffs and Order the following:

a.    That the value of the Plaintiff's property is $65,000.00.

b.    That the security interest of the Defendants be reduced from $83,000.00 to $65,000.00, the value of the property with $18,000.00 to be unsecured.

c.    That the Order of this Court may be recorded and the same shall have the effect of voiding the lien on the public records to the extent that the Plaintiff's claim exceeds that value of the Property.

d.    That this Order shall survive conversion to another Chapter or dismissal of this case.

e.    That Plaintiffs recover any additional relief that this Court deems justified and appropriate.

RESPECTFULLY SUBMITTED, this 14th day of January, 2010.

ALLAN D. NEWDELMAN, P.C.

/s/ Allan D. NewDelman
Allan D. NewDelman, Esquire
Counsel for the Debtor/Plaintiff



# APPRAISAL OF REAL PROPERTY

### LOCATED AT:
6569 E. HAVEN AVENUE
LOT 145, THE OASIS AT MAGIC RANCH UNIT 1
FLORENCE, AZ 85232-7974

### FOR:
20TH STREET LLC
22573 N. 79TH PLACE
SCOTTSDALE, AZ 85255

### AS OF:
JULY 18, 2009

### BY:
GREGORY D. WRONSKI

## Exterior-Only Inspection Residential Appraisal Report   File # 09-07030.GW

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address **6569 E. HAVEN AVENUE** | City **FLORENCE**   State **AZ**   Zip Code **85232-7974** |
| Borrower **20TH STREET LLC** | Owner of Public Record **HIGHSMITH, ROBERT & LYNN**   County **PINAL** |

**SUBJECT**

Legal Description **LOT 145, THE OASIS AT MAGIC RANCH UNIT 1**

Assessor's Parcel # **200-75-145**     Tax Year **2008**     R.E. Taxes $ **2,004.22**

Neighborhood Name **THE OASIS AT MAGIC RANCH**     Map Reference **225 * 11**     Census Tract **0008.00**

Occupant ☐ Owner ☒ Tenant ☐ Vacant    Special Assessments $ **NONE**    ☒ PUD   HOA $ **52.00**   ☐ per year ☒ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) **MARKET VALUE**

Lender/Client **20TH STREET LLC**    Address **22573 N. 79TH PLACE, SCOTTSDALE, AZ 85255**

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). **DATA SOURCES USED INCLUDE: MLS. THE SUBJECT IS NOT CURRENTLY OFFERED FOR SALE AND HAS NOT BEEN OFFERED FOR SALES WITHIN THE PAST TWELVE MONTHS.**

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. **THE SUBJECT IS NOT CURRENTLY UNDER CONTRACT TO SELL.**

**CONTRACT**

Contract Price $ **N/A**    Date of Contract **N/A**    Is the property seller the owner of public record? ☒ Yes ☐ No   Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No

If Yes, report the total dollar amount and describe the items to be paid.   **N/A**     **N/A**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

**NEIGHBORHOOD**

| Neighborhood Characteristics | One-Unit Housing Trends | | One-Unit Housing | | Present Land Use % |
|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☐ Stable ☒ Declining | | PRICE $(000) | AGE (yrs) | One-Unit **60** % |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☐ In Balance ☒ Over Supply | | Low **43K** | **1** | 2-4 Unit % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | High **82K** | **7** | Multi-Family % |
| Neighborhood Boundaries **ARIZONA FARMS ROAD TO THE NORTH, QUAIL RUN LANE TO THE** | | | Pred. **65K** | **4-5** | Commercial % |
| **EAST, HILLER ROAD TO THE SOUTH AND WALKER GRANITE ROAD TO THE WEST.** | | | | | Other **40** % |

Neighborhood Description **THE SUBJECT IS LOCATED IN AN AREA WITHIN 5-10 MINUTES DRIVING TIME OF ALL RESIDENTIAL SUPPORT FACILITIES. THE SUBJECT APPEARS TO BE IN CONFORMITY WITH OTHER NEIGHBORHOOD PROPERTIES. NO ADVERSE CONDITIONS WERE NOTED AT THE TIME OF THE APPRAISAL INSPECTION.**

Market Conditions (including support for the above conclusions) **VALUES WITHIN THE SUBJECT'S NEIGHBORHOOD HAVE BEEN ON THE DECLINE OVER THE PAST TWELVE MONTHS, WITH AN OVER SUPPLY OF HOMES ON THE MARKET. FINANCING IS CONVENTIONAL, FHA, AND SOME VA. TYPICAL SELLER PAID POINTS ARE IN THE 3 TO 6% RANGE.**

**SITE**

| | |
|---|---|
| Dimensions **IRREGULAR LOT SEE THE PLAT MAP**    Area **5,663 SQFT** | Shape **NEARLY RECTANG.**    View **GOLF COURSE** |

Specific Zoning Classification **SF-6**     Zoning Description **SINGLE FAMILY RESIDENTIAL**

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ APS | Water | ☒ | ☐ CITY | Street **ASPHALT** | ☒ | ☐ |
| Gas | ☐ | ☐ NONE | Sanitary Sewer | ☒ | ☐ CITY | Alley **NONE** | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone **X**   FEMA Map # **04021C0875E**   FEMA Map Date **12/4/2007**

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

**NO ADVERSE EASEMENTS, ENCROACHMENTS OR OTHER ADVERSE CONDITIONS OR ADVERSE ENVIRONMENTAL INFLUENCES NOTED AT THE TIME OF THE APPRAISAL INSPECTION.**

Source(s) Used for Physical Characteristics of Property ☐ Appraisal Files ☐ MLS ☒ Assessment and Tax Records ☐ Prior Inspection ☒ Property Owner

☒ Other (describe) **EXTERIOR DRIVE BY**     Data Source for Gross Living Area **TAX RECORDS**

**IMPROVEMENTS**

| General Description | General Description | Heating/Cooling | Amenities | Car Storage |
|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | ☒ FWA ☐ HWBB | Fireplace(s) # | ☐ None |
| # of Stories **TWO** | ☐ Full Basement ☐ Finished | ☐ Radiant | Woodstove(s) # | ☒ Driveway   # of Cars **2** |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | ☐ Partial Basement ☐ Finished | ☐ Other | ☒ Patio/Deck **COV.** | Driveway Surface **CONCRETE** |
| ☒ Existing ☐ Proposed ☐ Under Const. | Exterior Walls **FRM/STUC-G** | Fuel **ELECTRIC** | ☐ Porch | ☒ Garage   # of Cars **2** |
| Design (Style) **CONTEMP/GD** | Roof Surface **CONC.TILE** | ☒ Central Air Conditioning | ☐ Pool | ☐ Carport   # of Cars |
| Year Built **2003** | Gutters & Downspouts **OVERHANG-G** | ☐ Individual | ☒ Fence **BLOCK** | ☒ Attached ☐ Detached |
| Effective Age (Yrs) **2-3 YEARS** | Window Type **DUAL PANE** | ☐ Other | ☐ Other | ☐ Built-in |
| Appliances ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☐ Microwave ☐ Washer/Dryer | | | ☐ Other (describe) | |
| Finished area **above** grade contains:   **6** Rooms   **3** Bedrooms   **2.5** Bath(s) | | | **2,230** Square Feet of Gross Living Area Above Grade | |

Additional features (special energy efficient items, etc.) **ACCORDING TO A PREVIOUS EXPIRED LISTING THE SUBJECT HAS NEWER CARPETING, TILED FLOORING, AND CEILING FANS.**

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.) **THE SUBJECT IS BUILT OF AVERAGE QUALITY CONSTRUCTION AND APPEARS TO BE IN OVERALL GOOD CONDITION WITH NO DEFERRED MAINTENANCE OBSERVED FROM THE EXTERIOR OF THE HOME. THERE IS NO APPARENT EVIDENCE OF FUNCTIONAL OR EXTERNAL OBSOLESCENCE. IT IS ASSUMED THAT THE SUBJECT'S INTERIOR CONDITION IS CONSTANT WITH THE OVERALL EXTERIOR CONDITION OF THE PROPERTY UNLESS OTHERWISE NOTED.**

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No

If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe.

**THE SUBJECT PROPERTY CONFORMS TO OTHER NEIGHBORHOOD PROPERTIES AND THE FRONT AND REAR ELEVATION OF THE SUBJECT IS TYPICAL OF HOMES THROUGHOUT THE SUBJECT'S MARKET AREA.**

Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Case 2:10-ap-00083-RTB   Doc 1   Filed 01/14/10   Entered 01/14/10 10:07:00   Desc
Main Document   Page 5 of 22

## Exterior-Only Inspection Residential Appraisal Report

File # 09-07030.GW

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| There are **25** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 48,900 to $ 69,900 . | | | | | | | |
| There are **12** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 59,000 to $ 89,900 . | | | | | | | |
| Address **6569 E. HAVEN AVENUE** | | 23401 N. DESERT DRIVE | | 6891 E. HAVEN AVENUE | | 6877 E. HAVEN AVENUE | |
| **FLORENCE, AZ 85232-7974** | | FLORENCE, AZ | | FLORENCE, AZ | | FLORENCE, AZ | |
| Proximity to Subject | | 0.20 miles E | | 0.21 miles E | | 0.20 miles E | |
| Sale Price | $ N/A | | $ 61,500 | | $ 59,000 | | $ 89,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 27.58 sq.ft. | | $ 26.47 sq.ft. | | $ 39.91 sq.ft. | |
| Data Source(s) | | MLS/TAX RECORDS | | MLS/TAX RECORDS | | MLS/TAX RECORDS | |
| Verification Source(s) | | MLS#4167708/DOC#NOT REC | | MLS#4153499/DOC#NOT REC | | MLS#4153546/DOC#NOT REC | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ALL CASH | | NEW FHA | | ALL CASH | |
| Concessions | | NONE | | NONE | | NONE | |
| Date of Sale/Time | | 06/22/09-17DM | | 06/27/09-88DM | | 06/05/09-50DM | -900 |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 5,663 SQFT | 5,663 SQFT | | 6,098 SQFT | | 5,663 SQFT | |
| View | GOLF COURSE | GOLF COURS | | GOLF COURS | | GOLF COURS | |
| Design (Style) | CONTEMP/GD | CONTEMP/GD | | CONTEMP/GD | | CONTEMP/GD | |
| Quality of Construction | FRAME/AVG | FRAME/AVG | | FRAME/AVG | | FRAME/AVG | |
| Actual Age | 6 YEARS | 5 YEARS | | 5 YEARS | | 5 YEARS | |
| Condition | GOOD | GOOD | | GOOD | | GOOD | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6 3 2.5 | 6 3 2.5 | | 8 4 2.5 | | 8 4 2.5 | |
| Gross Living Area | 2,230 sq.ft. | 2,230 sq.ft. | | 2,229 sq.ft. | | 2,230 sq.ft. | |
| Basement & Finished | NONE | NONE | | NONE | | NONE | |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | CENTRAL | CENTRAL | | CENTRAL | | CENTRAL | |
| Energy Efficient Items | TYPICAL INSL | TYPICAL INSL. | | TYPICAL INSL | | TYPICAL INSL | |
| Garage/Carport | 2 GARAGE | 2 GARAGE | | 2 GARAGE | | 2 GARAGE | |
| Porch/Patio/Deck | COV.PATIO | COV.PATIO | | COV.PATIO | | COV.PATIO | |
| FIREPLACE | NONE | NONE | | NONE | | NONE | |
| EXTERIOR AMENITIES | NONE | NONE | | NONE | | NONE | |
| UPGRADES | TILED FLRS | NO TILE | +2,000 | NO TILE | +2,000 | NO TILE | +2,000 |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 2,000 | ☒ + ☐ - | $ 2,000 | ☒ + ☐ - | $ 1,100 |
| Adjusted Sale Price | | Net Adj. 3.3 % | | Net Adj. 3.4 % | | Net Adj. 1.2 % | |
| of Comparables | | Gross Adj. 3.3 % $ 63,500 | | Gross Adj. 3.4 % $ 61,000 | | Gross Adj. 3.3 % $ 90,100 | |

SALES COMPARISON APPROACH

☒ I did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) **MLS, TAX RECORDS**
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) **MLS, TAX RECORDS**
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 09/24/2008 | 04/29/2009 | NO RECORD OF PRIOR | 02/20/2009 |
| Price of Prior Sale/Transfer | $85,000 | $61,500 (BANK REPO) | 36 MONTH ACTIVITY | $189,289 (BANK REPO) |
| Data Source(s) | PER TAX RECORDS | PER TAX RECORDS | OTHER THAN ABOVE. | PER TAX RECORDS |
| Effective Date of Data Source(s) | 06/29/2009 | 07/17/2009 | 07/17/2009 | 07/17/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales **THE SUBJECT HAS BEEN TRANSFERRED OR SOLD WITHIN THE PAST 36 MONTHS. THE PREVIOUS SALES PRICE OF COMPARABLE SALES, #1, #3 AND #4 ARE NOT THE ACTUAL SALES PRICE BUT RATHER WHAT WAS OWED ON THE MORTGAGE AT THE TIME OF THE BANK REPOSSESSION.**

Summary of Sales Comparison Approach **AS ADJUSTED THE COMPARABLE SALES ABOVE ARE CONSIDERED TO BE A GOOD INDICATOR OF THE SUBJECT'S MARKET VALUE. PLEASE REFER TO THE ATTACHED TEXT ADDENDUM FOR A COMPLETE DISCUSSION OF THE COMPARABLE SALES AND MARKET ADJUSTMENTS.**

Indicated Value by Sales Comparison Approach $ **65,000**

Indicated Value by: Sales Comparison Approach $ **65,000** Cost Approach (if developed) $ **188,689** Income Approach (if developed) $ **N/A**

RECONCILIATION

**MOST WEIGHT WAS GIVEN TO THE MARKET APPROACH TO VALUE IN DETERMINING THE VALUE ESTIMATE STATED HEREIN. THE COST APPROACH LENDS ADDITIONAL SUPPORT TO THE VALUE ESTIMATE. THE INCOME APPROACH IS NOT A RELIABLE INDICATOR OF VALUE FOR SINGLE FAMILY DETACHED RESIDENCES.**

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ **65,000** , as of **JULY 18, 2009** , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 2055 March 2005 | Page 2 of 6 | Fannie Mae Form 2055 March 2005

Form 2055 — "WinTOTAL appraisal software by a la mode, inc. — 1-800-ALAMODE

## Exterior-Only Inspection Residential Appraisal Report File # 09-07030.GW

THIS APPRAISAL IS AN EXTERIOR ONLY INSPECTION. THE OVERALL CONDITION OF THE PROPERTY IS ASSUMED TO BE CONSISTENT WITH THE OVERALL APPEARANCE OF THE EXTERIOR OF THE HOME.

**PURPOSE OF THE APPRAISAL:**

THE PURPOSE OF THIS APPRAISAL IS TO ESTIMATE THE MARKET VALUE OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT BASED ON A QUANTITATIVE SALES COMPARISON ANALYSIS FOR USE IN A MORTGAGE FINANCE TRANSACTION. THE APPRAISERS OPINION OF VALUE IS TO BE USED BY THE CLIENT AND INTENDED USER(S) ONLY.

**ADDITIONAL CLARIFICATION TO THE SCOPE:**

THIS APPRAISAL IS BASED ON THE INFORMATION GATHERED BY THE APPRAISER(S) FROM PUBLIC RECORDS, OTHER IDENTIFIED SOURCES, INSPECTION OF THE SUBJECT PROPERTY AND NEIGHBORHOOD. THE ORIGINAL SOURCE OF THE COMPARABLE SALES IS SHOWN IN THE "DATA SOURCE" SECTION OF THE MARKET GRID ALONG WITH THE SOURCE OF CONFIRMATION. THE SOURCES AND DATA ARE CONSIDERED RELIABLE, WHEN CONFLICTING INFORMATION IS PROVIDED, THE SOURCE DEEMED MOST RELIABLE HAS BEEN USED.

**INTENDED USE: / INTENDED USER:**

THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR LOSS MITIGATION OR MORTGAGE SERVICING, SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM, AND DEFINITION OF MARKET VALUE. **THE INTENDED USER OF THIS REPORT IS THE LENDER/CLIENT. THE CLIENT IS : 20TH STREET LLC AND ITS SUCCESSORS OR ASSIGNS. THE LENDERS NAME WAS NOT GIVEN.**

**ADDITIONAL COMMENTS:**

THIS APPRAISAL REPORT IS NOT A HOME INSPECTION REPORT AN SHOULD NOT BE RELIED UPON TO REPORT THE CONDITION OF THE PROPERTY BEING APPRAISED. THE APPRAISER IS NOT A STRUCTURAL ENGINEER, CONTRACTOR OR BIO HAZARD EXPERT AND INSPECTIONS OF RELATED CONDITIONS SHOULD BE CONDUCTED BY THE APPROPRIATE QUALIFIED INDIVIDUAL. A TERMITE INSPECTION WAS NOT PERFORMED BY THE APPRAISER.

THE APPRAISER SPECIFICALLY RECOMMENDS THAT IF THE SUBJECT PROPERTY IS COVERED BY CC&R'S OR COVENANTS AND RESTRICTIONS ASSOCIATED WITH THE PROPERTY, THAT THESE REGULATIONS BE REVIEWED BY OUTSIDE COUNCIL AS THIS APPRAISAL DOES NOT ADDRESS THE CONTENTS OF THOSE DOCUMENTS WITH REFERENCE TO THE OPINION OF VALUE AS STATED HEREIN.

PLEASE REFER TO THE ATTACHED SUPPLEMENTAL TEXT ADDENDUM FOR ADDITIONAL COMMENTS ON THE SUBJECT PROPERTY AND COMPARABLE SALES.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) **THE SUBJECT'S NEIGHBORHOOD IS COMPLETELY BUILT OUT, THEREFORE THERE WERE NO VACANT LAND SALES TO ANALYSE. THE LAND EXTRACTION METHOD WAS USED TO DETERMINE THE VALUE OF THE SUBEJCT'S SITE.**

| | | | | |
|---|---|---|---|---|
| ESTIMATED ☒ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 15,000 |
| Source of cost data **MARSHALL & SWIFT COST HANDBOOK** | DWELLING 2,230 Sq.Ft. @ $ 69.55 | | =$ | 155,097 |
| Quality rating from cost service **GOOD** Effective date of cost **09/2008** | Sq.Ft. @ $ | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | C/FANS, COV.PATIO | | =$ | 6,000 |
| **COST FIGURES WERE TAKEN FROM THE MARSHALL & SWIFT** | Garage/Carport 400 Sq.Ft. @ $ 25.75 | | =$ | 10,300 |
| **RESIDENTIAL COST HANDBOOK AND LOCAL BUILDER** | Total Estimate of Cost-New | | =$ | 171,397 |
| **INFORMATION.** | Less Physical Functional External | | | |
| **PLEASE REFER TO THE ATTACHED TEXT ADDENDUM FOR** | Depreciation 5,708 | | =$( | 5,708) |
| **DISCUSSION OF FUNCTIONAL OR EXTERNAL OBSOLESCENCE IF** | Depreciated Cost of Improvements | | =$ | 165,689 |
| **APPLICABLE.** | "As-is" Value of Site Improvements | | =$ | 8,000 |
| | | | | |
| Estimated Remaining Economic Life (HUD and VA only) 58 Years | INDICATED VALUE BY COST APPROACH | | =$ | 188,689 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | | |
|---|---|---|---|
| Estimated Monthly Market Rent $ **N/A** X Gross Rent Multiplier **N/A** = $ | | Indicated Value by Income Approach | |

Summary of Income Approach (including support for market rent and GRM) **THE INCOME APPROACH WAS NOT UTILIZED DUE TO INSUFFICIENT DATA TO CALCULATE GRM. SINGLE FAMILY HOMES IN THIS MARKET ARE PREDOMINATELY OWNER OCCUPIED.**

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No Unit type(s) ☒ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project **THE OASIS AT MAGIC RANCH UNIT 1**

| | | | |
|---|---|---|---|
| Total number of phases **UNK** | Total number of units **UNK** | Total number of units sold **UNK** | |
| Total number of units rented **18** | Total number of units for sale **25** | Data source(s) **MLS/TAX RECORDS** | |
| Was the project created by the conversion of existing building(s) into a PUD? | ☐ Yes ☒ No | If Yes, date of conversion | |

Does the project contain any multi-dwelling units? ☐ Yes ☒ No Data Source(s)

Are the units, common elements, and recreation facilities complete? ☒ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☒ No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities. **GREENBELT AREAS ONLY**

Form 2055 — "WinTOTAL appraisal software by a la mode, inc. — 1-800-ALAMODE

Case 2:10-ap-00083-RTB Doc 1 Filed 01/14/10 Entered 01/14/10 10:07:00 Desc
Main Document Page 7 of 22

# Exterior-Only Inspection Residential Appraisal Report File # 09-07030.GW

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 2055 — "WinTOTAL appraisal software by a la mode, inc. — 1-800-ALAMODE

Case 2:10-ap-00083-RTB   Doc 1   Filed 01/14/10   Entered 01/14/10 10:07:00   Desc
Main Document     Page 8 of 22

## Exterior-Only Inspection Residential Appraisal Report File # 09-07030.GW

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Case 2:10-ap-00083-RTB   Doc 1   Filed 01/14/10   Entered 01/14/10 10:07:00   Desc
Main Document     Page 9 of 22

## Exterior-Only Inspection Residential Appraisal Report   File # 09-07030.GW

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER   GREGORY D. WRONSKI | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  GREGORY D. WRONSKI | Name |
| Company Name  WRONSKI APPRAISAL SERVICES, INC | Company Name |
| Company Address  6501 E. GREENWAY PARKWAY, 103-147, | Company Address |
| SCOTTSDALE, AZ 85254 | |
| Telephone Number  (602) 774-8032 | Telephone Number |
| Email Address  WASI@COX.NET | Email Address |
| Date of Signature and Report  JULY 21, 2009 | Date of Signature |
| Effective Date of Appraisal  JULY 18, 2009 | State Certification # |
| State Certification #  20615 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # | Expiration Date of Certification or License |
| State AZ | |
| Expiration Date of Certification or License  6/29/2011 | SUBJECT PROPERTY |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did not inspect subject property |
| 6569 E. HAVEN AVENUE | ☐ Did inspect exterior of subject property from street |
| FLORENCE, AZ 85232-7974 | Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $  65,000 | COMPARABLE SALES |
| LENDER/CLIENT | |
| Name  ROBERT HIGHSMITH | ☐ Did not inspect exterior of comparable sales from street |
| Company Name  20TH STREET LLC | ☐ Did inspect exterior of comparable sales from street |
| Company Address  22573 N. 79TH PLACE, SCOTTSDALE, AZ | Date of Inspection |
| 85255 | |
| Email Address  roberthighsmith4@yahoo.com | |

Freddie Mac Form 2055 March 2005                      Page 6 of 6                      Fannie Mae Form 2055 March 2005

Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Case 2:10-ap-00083-RTB    Doc 1    Filed 01/14/10    Entered 01/14/10 10:07:00    Desc
Main Document    Page 10 of 22

# Exterior-Only Inspection Residential Appraisal Report
File # 09-07030.GW

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address | 6569 E. HAVEN AVENUE | 6751 E. HAVEN AVENUE | | | | | |
| | FLORENCE, AZ 85232-7974 | FLORENCE, AZ | | | | | |
| Proximity to Subject | | 0.12 miles E | | | | | |
| Sale Price | $ N/A | $ 66,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 29.61 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| Data Source(s) | | MLS/TAX RECORDS | | | | | |
| Verification Source(s) | | MLS#4160789/DOC#061246 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | NEW CONV. | | | | | |
| Concessions | | UNKNOWN | | | | | |
| Date of Sale/Time | | 06/16/09-58DM | -1,300 | | | | |
| Location | AVERAGE | AVERAGE | | | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | | | | |
| Site | 5,663 SQFT | 4,792 SQFT | | | | | |
| View | GOLF COURSE | GOLF COURS | | | | | |
| Design (Style) | CONTEMP/GD | CONTEMP/GD | | | | | |
| Quality of Construction | FRAME/AVG | FRAME/AVG | | | | | |
| Actual Age | 6 YEARS | 5 YEARS | | | | | |
| Condition | GOOD | GOOD | | | | | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 6 | 3 | 2.5 | 8 | 4 | 2.5 | | | | | | |
| Gross Living Area | 2,230 sq.ft. | 2,229 sq.ft. | | sq.ft. | | sq.ft. | |
| Basement & Finished | NONE | NONE | | | | | |
| Rooms Below Grade | N/A | N/A | | | | | |
| Functional Utility | AVERAGE | AVERAGE | | | | | |
| Heating/Cooling | CENTRAL | CENTRAL | | | | | |
| Energy Efficient Items | TYPICAL INSL | TYPICAL INSL | | | | | |
| Garage/Carport | 2 GARAGE | 2 GARAGE | | | | | |
| Porch/Patio/Deck | COV.PATIO | COV.PATIO | | | | | |
| FIREPLACE | NONE | NONE | | | | | |
| EXTERIOR AMENITIES | NONE | NONE | | | | | |
| UPGRADES | TILED FLRS | NO TILE | +2,000 | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 700 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 1.1 % | | Net Adj. % | | Net Adj. % | |
| of Comparables | | Gross Adj. 5.0 % | $ 66,700 | Gross Adj. % | $ | Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 09/24/2008 | 04/01/2009 | | |
| Price of Prior Sale/Transfer | $85,000 | $141,270 (BANK REPO) | | |
| Data Source(s) | PER TAX RECORDS | PER TAX RECORDS | | |
| Effective Date of Data Source(s) | 06/29/2009 | 07/17/2009 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales    SEE COMMENTS ON PAGE 2 OF 6.

Analysis/Comments    NONE

Freddie Mac Form 2055 March 2005        Fannie Mae Form 2055 March 2005

Form 2055 (AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Additional Listings

File # 09-07030.GW

| FEATURE | SUBJECT | LISTING # 1 | | LISTING # 2 | | LISTING # 3 | |
|---|---|---|---|---|---|---|---|
| Address 6569 E. HAVEN AVENUE | | 23370 N. HIGH DUNES DRIVE | | 6849 E. HAVEN AVENUE | | 6527 E. HAVEN AVENUE | |
| FLORENCE, AZ 85232-7974 | | FLORENCE, AZ | | FLORENCE, AZ | | FLORENCE, AZ | |
| Proximity to Subject | | 0.26 miles E | | 0.18 miles E | | 0.05 miles W | |
| List Price | $        N/A | | $      58,000 | | $      69,900 | | $      59,400 |
| List Price/Gross Liv. Area | $        sq.ft. | $      26.01 sq.ft. | | $      34.78 sq.ft. | | $      26.64 sq.ft. | |
| Last Price Revision Date | N/A | N/A | | N/A | | N/A | |
| Data Source(s) | | MLS/TAX RECORDS | | MLS/TAX RECORDS | | MLS/TAX RECORDS | |
| Verification Source(s) | | MLS#4181749 | | MLS#4209833 | | MLS#4130865 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | N/A | | N/A | | N/A | |
| Concessions | | N/A | | N/A | | N/A | |
| Days on Market | | 10 DAYS | | 1 DAYS | | 141 DAYS | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 5,663 SQFT | 6,534 SQFT | | 4,792 SQFT | | 5,227 SQFT | |
| View | GOLF COURSE | GOLF COURSE | | GOLF COURSE | | GOLF COURSE | |
| Design (Style) | CONTEMP/GD | CONTEMP/GOOD | | CONTEMP/GOOD | | CONTEMP/GOOD | |
| Quality of Construction | FRAME/AVG | FRAME/AVG | | FRAME/AVG | | FRAME/GOOD | |
| Actual Age | 6 YEARS | 7 YEARS | | 5 YEARS | | 6 YEARS | |
| Condition | GOOD | GOOD | | GOOD | | GOOD | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6    3    2.5 | 6    3    3.0 | -2,000 | 8    4    2.5 | | 8    4    3.0 | -2,000 |
| Gross Living Area | 2,230 sq.ft. | 2,230 sq.ft. | | 2,010 sq.ft. | +5,500 | 2,230 sq.ft. | |
| Basement & Finished | NONE | NONE | | NONE | | NONE | |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | CENTRAL | CENTRAL | | CENTRAL | | CENTRAL | |
| Energy Efficient Items | TYPICAL INSL | TYPICAL INSL | | TYPICAL INSL | | TYPICAL INSL | |
| Garage/Carport | 2 GARAGE | 2 GARAGE | | 2 GARAGE | | 2 GARAGE | |
| Porch/Patio/Deck | COV.PATIO | COV.PATIO | | COV.PATIO | | COV.PATIO | |
| FIREPLACES | NONE | NONE | | NONE | | NONE | |
| EXTERIOR AMENITIES | NONE | NONE | | NONE | | NONE | |
| INTERIOR UPGRADES | TILE FLOORS | NO TILE | +2,000 | NO TILE | +2,000 | NO TILE | +2,000 |
| Net Adjustment (Total) | | ☐ + ☐ - | $ | ☒ + ☐ - | $      7,500 | ☐ + ☐ - | $ |
| Adjusted List Price | | Net           % | | Net   10.7  % | | Net   6.7  % | |
| of Comparables | | Gross   6.9  % | $      58,000 | Gross  10.7  % | $      77,400 | Gross  6.7  % | $      59,400 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | LISTING # 1 | LISTING # 2 | LISTING # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 09/24/2008 | 04/02/2009 | NO RECORD OF PRIOR | NO RECORD OF PRIOR |
| Price of Prior Sale/Transfer | $85,000 | $174,180 (BANK REPO) | 36 MONTH ACTIVITY | 36 MONTH ACTIVITY |
| Data Source(s) | PER TAX RECORDS | PER TAX RECORDS | PER TAX RECORDS | PER TAX RECORDS |
| Effective Date of Data Source(s) | 06/29/2009 | 07/17/2009 | 07/17/2009 | 07/17/2009 |

Comments:

ALL THREE LISTINGS ABOVE ARE LOCATED WITHIN THE SUBJECT'S IMMEDIATE SUBDIVISION AND ARE ALL LOCATED ON THE GOLF COURSE.

March 2005

**Supplemental Addendum**

File No. 09-07030.GW

| Borrower/Client | 20TH STREET LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 6569 E. HAVEN AVENUE | | | | |
| City | FLORENCE | County | PINAL | State AZ | Zip Code 85232-7974 |
| Lender | 20TH STREET LLC | | | | |

## LOCATION:

The subject is located in the **Oasis at Magic Ranch Unit 1** subdivision in Florence, AZ.

The neighborhood consists of mostly Contemporary and Spanish designed homes and the subject is in conformity with other neighborhood properties.

The area has convenient access to all major support facilities such as schools, shopping, recreational, employment and medical.

No adverse locational conditions were noted at the time of the appraisal inspection.

## MARKET CONDITIONS:

The general Phoenix real estate market has had several significant trends over the previous four to five years. During 2004 and most of 2005, property values were increasing at rates above historic levels with listing inventories under 8,000 per month. The first part of 2006 appeared to reflect the beginning of a change in the real estate market with slight downward pressure on pricing and increasing listing inventories. While core communities and high demand areas appeared to maintain property values, some of the outlying areas began to experience a market correction. 2006 reflected the first real signs of weakness in the housing market. As adjustable rate mortgage began to adjust upward listing inventories began to increase significantly as owners and investors with adjustable rate mortgages tried to sell before falling into foreclosure. These increases in inventory made it more difficult for seller to sell their homes and forced them to either decrease their listing price or turn their homes back to the lender. 2007 and 2008 nationally were the two worst years in the housing and mortgage industry. Often referred to as the "Subprime Mortgage Crisis", the significant increase in foreclosures crippled the lending industry. Dramatic shifts in lending programs were noted as secondary market money diminished. Increasing foreclosure rates, reduced lending liquidity, tumbling property values forced many lenders to close or restrict their lending practices.

While the numbers vary based on the quoted index - in general, it is believed that overall values in the Metropolitan Phoenix area were down 12-15% during 2007, with even greater declines during 2008 in most areas. It was recently reported that homes values throughout metro Phoenix have declined 50% from there market high in early 2006. Multiple listing statistical data records that Maricopa County has had an average of 60,000 active listings per month and an average of 5,500 homes sold per month over the past 24 months with anywhere between 10 to 14 months worth of inventory. It should be noted that these numbers are somewhat deficient in that they paint a very broad stroke. While some areas are down 20%+ over the previous year, other market segments have experienced lesser decline although it should be noted that no area has been immuned to some price corrections. In general, the areas hit hardest by the current market are those areas with the greatest concentration of subprime loans originated three to four years ago. Outlying communities, with significant new construction and lower price points have been hit the hardest.

There is some evidence that homes values are beginning to stabilize in neighborhoods were the predominant home price is under $150,000. Sales activity has dramatically increase throughout metro Phoenix among homes priced under $150,000 with homes often sell at or slightly above full asking price. This increase in sales activity is being fueled by lowest interest rates on record and the $8,000 tax credit given to first time home buyers which is set to expire in December of 2009.

Although there is still currently an over supply of homes on the market in this neighborhood the number of days on market is less than the 90 days based on the number of days the comparable sales were on the market. Homes like the comparable sales used in this report are selling in less than 90 days due to the discounted foreclosure or short sale pricing, and the recent increase in demand for homes priced under $150,000.

## ADDITIONAL SUBJECT PROPERTY INFORMATION:

I have inspected the **exterior only** of the subject property and based on this inspection, find it to be safe, sound and sanitary. There are no visible signs of damage requiring repair. This is not a guaranty or warranty of any kind.

Building sizes and dimensions contained in the appraisal report are only approximate. They are considered reasonable for appraisal purposes but are not intended to reflect the accuracy of an engineer's survey.

Case 2:10-ap-00083-RTB   Doc 1   Filed 01/14/10   Entered 01/14/10 10:07:00   Desc
Main Document    Page 13 of 22

## Supplemental Addendum

File No. 09-07030.GW

| Borrower/Client | 20TH STREET LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 6569 E. HAVEN AVENUE | | | | |
| City | FLORENCE | County PINAL | | State AZ | Zip Code 85232-7974 |
| Lender | 20TH STREET LLC | | | | |

Public records indicates that the subject has a total of **2,230 sqft** of livable area. No physical measuring the home was done by the appraiser as this was a drive-by exterior inspection only.

### ADDITIONAL SALES COMPARISON ANALYSIS:

The chosen comparable sales represent the most recent and most similar area homes sold within the subject market area. These sales were selected based on similarities to the subject in location, age, livable area and quality of construction.

Recommended guidelines of **10% per line, 15% net and 25% gross** adjustments have been considered. However, the sales chosen are considered to be the best available and their integrity is maintained by reasonable and appropriate adjustments. Other sales analyzed would have required more extensive adjustments and therefore were not used in this report.

All adjustments which have been made to the comparable sales to reflect any differences between them and the subject property are based on what the local market is willing to pay for these items, as opposed to their original cost or current replacement cost. All adjustments are rounded to the nearest **$100.00**.

No adjustments are made for differences in livable area when the livable area differences between the subject and comparable sales are less than **50 sqft.**

The time adjustments are based on a **1%** per month adjustment for the declining market conditions and is calculated from the date of contract as opposed to the close of escrow date. The contract date will be listed below under heading for each sale which required a time adjustment. A time adjustment is not deemed necessary for those sales less than **30 days** old as of the effective date of this appraisal.

All four comparable sales are located within the subject's immediate subdivision and are all the same model and floor plan as the subject and are all located on the golf course.

**Comparable sale #3** had a contract date of May 26, 2009, thus the 1%^ time adjustment for declining market conditions.

**Comparable sale #4** had a contract date of May 2, 2009, thus the 2% time adjustment.

All other adjustments were deemed normal as best compared to the subject.

### CONCLUSION OF VALUE:

The estimated market value of the subject is **$65,000 or $29.14** per square foot of livable area with equal emphasis placed on all four comparable sales used in this report. **Consideration was also given the competitive listings within the subject's immediate market area.**

## Subject Photo Page

| Borrower/Client | 20TH STREET LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6569 E. HAVEN AVENUE | | | | | |
| City | FLORENCE | County | PINAL | State | AZ | Zip Code 85232-7974 |
| Lender | 20TH STREET LLC | | | | | |



**Subject Front**

6569 E. HAVEN AVENUE
| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 2,230 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | AVERAGE |
| View | GOLF COURSE |
| Site | 5,663 SQFT |
| Quality | FRAME/AVG |
| Age | 6 YEARS |



**FRONT SIDE VIEW**



**FRONT SIDE VIEW**

## Subject Photo Page

| Borrower/Client | 20TH STREET LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 6569 E. HAVEN AVENUE | | | | |
| City | FLORENCE | County | PINAL | State | AZ | Zip Code | 85232-7974 |
| Lender | 20TH STREET LLC | | | | |



**STREET VIEW LOOKING EAST**
**6569 E. HAVEN AVENUE**



**STREET VIEW LOOKING WEST**

## Comparable Photo Page

| Borrower/Client | 20TH STREET LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6569 E. HAVEN AVENUE | | | | | |
| City | FLORENCE | County | PINAL | State | AZ | Zip Code 85232-7974 |
| Lender | 20TH STREET LLC | | | | | |



### Comparable 1
**23401 N. DESERT DRIVE**
| | |
|---|---|
| Prox. to Subject | 0.20 miles E |
| Sales Price | 61,500 |
| Gross Living Area | 2,230 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | AVERAGE |
| View | GOLF COURS |
| Site | 5,663 SQFT |
| Quality | FRAME/AVG |
| Age | 5 YEARS |



### Comparable 2
**6891 E. HAVEN AVENUE**
| | |
|---|---|
| Prox. to Subject | 0.21 miles E |
| Sales Price | 59,000 |
| Gross Living Area | 2,229 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | AVERAGE |
| View | GOLF COURS |
| Site | 6,098 SQFT |
| Quality | FRAME/AVG |
| Age | 5 YEARS |



### Comparable 3
**6877 E. HAVEN AVENUE**
| | |
|---|---|
| Prox. to Subject | 0.20 miles E |
| Sales Price | 89,000 |
| Gross Living Area | 2,230 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | AVERAGE |
| View | GOLF COURS |
| Site | 5,663 SQFT |
| Quality | FRAME/AVG |
| Age | 5 YEARS |

# Comparable Photo Page

| Borrower/Client | 20TH STREET LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 6569 E. HAVEN AVENUE | | | | |
| City | FLORENCE | County | PINAL | State | AZ | Zip Code | 85232-7974 |
| Lender | 20TH STREET LLC | | | | |



### Comparable 4

**6751 E. HAVEN AVENUE**

| | |
|---|---|
| Prox. to Subject | 0.12 miles E |
| Sales Price | 66,000 |
| Gross Living Area | 2,229 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | AVERAGE |
| View | GOLF COURS |
| Site | 4,792 SQFT |
| Quality | FRAME/AVG |
| Age | 5 YEARS |

### Comparable 5

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

# Listing Photo Page

| Borrower/Client | 20TH STREET LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 6569 E. HAVEN AVENUE | | | | |
| City | FLORENCE | County | PINAL | State AZ | Zip Code 85232-7974 |
| Lender | 20TH STREET LLC | | | | |



### Listing 1
**23370 N. HIGH DUNES DRIVE**

| | |
|---|---|
| Proximity to Subject | 0.26 miles E |
| List Price | 58,000 |
| Days on Market | 10 DAYS |
| Gross Living Area | 2,230 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Age | 7 YEARS |



### Listing 2
**6849 E. HAVEN AVENUE**

| | |
|---|---|
| Proximity to Subject | 0.18 miles E |
| List Price | 69,900 |
| Days on Market | 1 DAYS |
| Gross Living Area | 2,010 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Age | 5 YEARS |



### Listing 3
**6527 E. HAVEN AVENUE**

| | |
|---|---|
| Proximity to Subject | 0.05 miles W |
| List Price | 59,400 |
| Days on Market | 141 DAYS |
| Gross Living Area | 2,230 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Age | 6 YEARS |

# Location Map

| Borrower/Client | 20TH STREET LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 6569 E. HAVEN AVENUE | | | | |
| City | FLORENCE | County | PINAL | State AZ | Zip Code 85232-7974 |
| Lender | 20TH STREET LLC | | | | |



Borrower/Client    20TH STREET LLC
Property Address   6569 E. HAVEN AVENUE
City               FLORENCE          County PINAL    State AZ    Zip Code 85232-7974
Lender             20TH STREET LLC

Form MAP.PLAT — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE





STATE OF ARIZONA

# BOARD OF APPRAISAL

BE IT KNOWN THAT

## GREGORY D. WRONSKI

HAS MET ALL THE REQUIREMENTS AS A

### Certified Residential Real Estate Appraiser

In accordance with Arizona Revised Statutes and on authority of the Board of Appraisal, State of Arizona.

This certificate shall remain evidence thereof unless or until the same is suspended, revoked or expires in accordance with the provisions of law.

In witness whereof the Arizona Board of Appraisal caused to be signed by the Chair of the Board and the Executive Director

Chairperson of the Board of Appraisal     Date

Executive Director of the Board of Appraisal     Date

CERTIFICATE NUMBER
20615
EXPIRATION DATE
JUNE 30, 2011

SHALL REMAIN PROPERTY OF ARIZONA BOARD OF APPRAISAL